UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SOLER,<br><br>       Petitioner,<br><br>     v.<br><br>WARDEN, MESA VERDE DETENTION FACILITY,<br><br>       Respondents. | No. 1:26-cv-05417-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS*<br><br>(Doc. Nos. 1, 8) |

Petitioner is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted.  (Doc. No. 8.)  Specifically, the magistrate judge found that, in light of petitioner's prior release from immigration detention on parole, "petitioner's Fifth Amendment right to procedural due process was violated by his re-detention without a pre-deprivation hearing." (*Id.* at 3.)  The assigned magistrate judge further found that the appropriate remedy is petitioner's immediate release because respondents failed to identify "any particularized flight risk to justify the lack of pre-deprivation notice and hearing."  (*Id.*)  The pending findings and recommendations were served

1

on the parties and contained notice that any objections thereto were to be filed within three (3) days of service.  (*Id.* at 4.)  On July 26, 2026, respondents filed their objections, which are comprised of a single sentence stating that they object to the findings and recommendation for the same reasons raised in their prior briefing.  (Doc. No. 9.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 24, 2026 (Doc. No. 8) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to immediately release petitioner Julio Soler, A-File No. 074-054-653, from respondents' custody;

    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden to demonstrate that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

3. Petitioner's motion to appoint counsel (Doc. No. 3) is DENIED as having been rendered moot by this order granting him habeas relief;

4. The Clerk of Court is directed to serve the Mesa Verde Detention Facility with a copy of this order; and

/////

/////

/////

2

5.     The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **July 27, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3